UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NOEL A. SOWAH | : | CASE NO. 10-22468-ASD |
| CHANDRA J. SOWAH | : | |
| | : | |
| Debtors | : | |
| | : | |

**REPORT OF SALE**

To the Honorable Albert S. Dabrowski, United States Bankruptcy Judge:

John J. O'Neil, Jr., Trustee in the above captioned matter, respectfully reports that:

1. On December 8, 2010, a Notice of Intent to Sell was filed by the Trustee in the above captioned matter proposing the sale to **CHANDRA J. SOWAH** whatever right, title and interest I, John J. O'Neil, Jr., as Trustee had in and to the following:

**one-half interest in one (l) 2007 Nissan Sentra Sedan**

2. The said Notice of Intent provided that any person objecting to said sale or alternatively to make a higher or better offer for said sale should notify, in writing, the United States Bankruptcy Court no later than December 30, 2010.

3. No objections having been received, the Trustee sold the interest in the above captioned property to **CHANDRA J. SOWAH**.

4. As a result of the sale, the Trustee received proceeds in the amount of $2,000.00.

Dated at Hartford, Connecticut on January 6, 2011

/s/ John J. O'Neil, Jr.
John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano
255 Main Street
Hartford, CT 06106
Telephone: 860-527-3271